UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STATE OF MISSISSIPPI EX REL LYNN FITCH
ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI                    PLAINTIFF

V.                                                              No. 3:22-cv-00147-MPM-JMV

JEFFREY COURTJAY JACKSON                                        DEFENDANT

## JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

So ordered, this, the 17th day of October, 2022.

    /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI